MARSHA J. PECHMAN
   JUDGE

(206) 370-8820

September 9, 2004

Mary M. Lisi
Chair, Judicial Conference of the U.S.
   Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Ms. Lisi:

Thank you for your letter of August 3, 2004. Attached please find amended Parts VI and VII to my 2003 Financial Disclosure Report, with an explanation of the amendments in the paragraphs below.

Regarding Part VI, lines 2 and 3, the tuition at ███████ schools are not financed through loans, but rather are paid pursuant to a periodic payment contract with each institution. ████

Regarding Part VII, page 1, lines 2, 4-6 and 15 and page 2, lines 22 And 23, no income was received from those investments and I have accordingly indicated "None" in Column B(2). Regarding page 2, line 32, through an oversight I neglected to indicate that the Beal Bank holding was sold during 2003. The amended Part VII corrects that oversight.

Regarding Part VII, line 38, the gross value reflected in Column C has been deleted, as the holding was completely sold during 2003.

Regarding the assets which you indicate were reflected in the 2002 FDR but not accounted for in the 2003 report:

- Growth Fund America, Inc., Class F should have been included in the latest FDR and the amended Part VII corrects that oversight and indicates the activity in that holding during 2003.
- Scottish Power PLC SPD ADR and Avaya were both sold in 2001. I am including both the portions of the 2001 FDR report which record the sales (Avaya is listed at line 43 but is difficult to read because it's been highlighted) and the

amended 2002 report which was submitted to you on August 22, 2003 reflecting the 2001 sale of those holdings by their absence from the listing (I believe you were basing your response on the original 2002 FDR which was later corrected).

I hope that this addresses your concerns. Please do not hesitate to contact me if there is any other way in which I can be of assistance in this process.

Marsha J. Pechm
United States District Judge

RECEIVED
Sep 16 10 57 AM '04
FINANCIAL
DISCLOSURE OFFICE

## V. GIFTS. (includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Visa | Credit card | K |
| 2. | ▇▇▇▇▇ school tuition | Periodic payment contract ▇▇▇▇▇ | K |
| 3. | ▇▇▇▇▇ tuition | Periodic payment contract ▇▇▇▇▇ | K |

RECEIVED
SEP 16 10 57 AM '04
FINANCIAL
DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J | 05/13/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Piper Jaffray Money Market Fund | A | Dividend | J | T | | | | | See Remarks/Sectio |
| 2. Lucent Technologies | | None | J | T | | | | | |
| 3. Franklin Custodian Funds (Growth Series Class A) | A | Dividend | J | T | | | | | |
| 4. Washington Mutual Investors Fund | | None | K | T | Partial sale | 8/7 | J | A | |
| 5. Templeton Growth Fund | | None | J | T | | | | | |
| 6. Templeton Funds (World Fund Class A) | | None | J | T | | | | | |
| 7. Bristol Myers Squibb | A | Dividend | J | T | | | | | |
| 8. Exxon/Mobil Corp. | A | Dividend | K | T | | | | | |
| 9. Ingersoll Rand Co. | A | Dividend | J | T | | | | | |
| 10. Wells Fargo & Co. | A | Dividend | J | T | | | | | |
| 11. Oppenheimer Main Int. & Growth | A | Dividend | K | T | | | | | |
| 12. Putnam Fund for Growth & Income | A | Dividend | J | T | | | | | |
| 13. U.S. Coupon Treasury Strips | A | Discount | K | T | | | | | |
| 14. Piper Jaffray Government Obligations | A | Dividend | L | T | | | | | See Remarks/Sectio |
| 15. Safeway Inc. | | None | K | T | | | | | |
| 16. Russell Diversified Equity Fund | A | Dividend | J | T | Partial sale | 11/14 | J | A | |
| 17. Russell Special Growth Fund | A | Dividend | K | T | | | | | |
| 18. Russell Quantitive Equity | A | Dividend | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J | 05/13/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Russell International Securities | A | Dividend | J | T | | | | | |
| 20. Russell Real Estate Securities | A | Dividend | J | T | | | | | |
| 21. Alliance Tech Fund | A | Dividend | K | T | | | | | |
| 22. Amgen Inc. | | None | J | T | | | | | |
| 23. Cisco Systems | | None | J | T | | | | | |
| 24. Fidelity Adv Mid Cap Fund, Class B | A | Dividend | K | T | | | | | |
| 25. Fidelity Adv Growth Opportunity Fund, Class B | A | Dividend | K | T | | | | | |
| 26. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 27. Medtronic, Inc. | A | Dividend | J | T | | | | | |
| 28. Target | A | Dividend | K | T | | | | | |
| 29. Alliance Premier Growth, Class A | A | Dividend | J | T | | | | | |
| 30. Growth Fund America, Inc., Class A | A | Dividend | K | T | | | | | |
| 31. Growth Fund America, Inc., Class F | A | Dividend | K | T | | | | | |
| 32. Intercredit Bank | A | Interest | K | T | | | | | |
| 33. Beal Bank | | None | | | Sell | 10/1 | K | A | |
| 34. People's Bank | A | Interest | K | T | | | | | |
| 35. Investment Co. America, Class F | A | Dividend | J | T | | | | | |
| 36. Franklin Rising Dividends A | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J | 05/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Dominion Res Inc VA New | A | Dividend | J | T | | | | | |
| 38. Duke Energy Corp | A | Dividend | J | T | | | | | |
| 39. NI Source, Inc. | A | Dividend | | | Sell | 6/15 | J | A | |
| 40. American Express | A | Interest | K | T | Buy | 11/19 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |

| IAL DISCLOSURE REPORT | Name of Person Reporting<br>Pechman, Marsha J. | Date of Report<br>05/10/2002 |
|---|---|---|

Page 2 INVESTMENTS and TRUSTS — income, value, transactions  (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code (A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code (J-P) | (2)<br>Value Method Code (Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date Month-Day | (3)<br>Value Code (J-P) | (4)<br>Gain Code (A-H) | (5)<br>Identity of buyer/seller (If private transaction) |
| NONE   (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18   U.S. Coupon Treasury Strips | | Dividend | K | T | | | | | |
| 19   First American Government Obligations | B | Dividend | L | T | | | | | |
| 20   Safeway Inc. | | Dividend | J | T | | | | | |
| 21   Scottish Pwr PLC SPD ADR (formerly Pacificorp) | A | Dividend | J | T | Sell | 7/13 | J | A | |
| 22   Russell Diversified Equity Fund | A | Dividend | K | T | Sell | 12/6 | J | A | |
| 23   Russell Special Growth Fund | A | Dividend | K | T | | | | | |
| 24   Russell Quantitive Equity | A | Dividend | K | T | Sell | 12/6 | J | A | |
| 25   Russell Emerging Markets | A | Dividend | X | * | Sell | . | | | See Remarks/Section VIII |
| 26   Russell International Securities | | Dividend | K | T | | | | | |
| 27   Russell Real Estate Securities | A | Dividend | J | T | | | | | |
| 28   Pacificorp (now Scottish Power) | A | Dividend | J | T | Sell | 7/13 | J | A | |
| 29   Alliance Tech Fund | A | Dividend | J | T | | | | | |
| 30   Amgen, Inc. | | Dividend | J | T | | | | | |
| 31   Cisco Systems | | Dividend | J | T | | | | | |
| 32   Fidelity Adv Mid Cap Fund, Class B | A | Dividend | K | T | | | | | |
| 33   Fidelity Adv Growth Opportunity Fund, Class B | A | Dividend | J | T | | | | | |
| 34   Johnson & Johnson | A | | K | T | | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

| AAL DISCLOSURE REPORT | Name of Person Reporting |  | Date of Report |
|---|---|---|---|
|  | Pechman, Marsha J. |  | 05/10/2002 |

Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | | |
| X Medtronic, Inc. | A | | J | T | | | | | | |
| 36 Verizon | A | Dividend | J | T | Bought 10/27/92 | | | | | |
| 37 Target | A | Dividend | K | T | Bought 7/24/95 | | | | | |
| 38 ████████ | | | K | T | Sell | 3/7 | K | A | Bought 2/16/00 | |
| 39 ████████ | | Dividend | K | T | Sell | 12/21 | K | A | Bought 7/24/95 | |
| 40 Alliance Premier Growth, Cl A | A | Dividend | J | T | Buy | 5/11 | J | A | | |
| 41 Growth Fund Amer Inc., Cl A | A | Dividend | J | T | Buy | 5/11 | J | | | |
| 42 Growth Fund Amer Inc., Cl F | A | Dividend | K | T | Buy | 5/14 | K | | | |
| 43 ████████ | A | Dividend | J | T | Sell | 6/14 | J | | Bought 10/10/00 | |
| 44 | | | | | | | | | | |
| 45 | | | | | | | | | | |
| 46 | | | | | | | | | | |
| 47 | | | | | | | | | | |
| 48 | | | | | | | | | | |
| 49 | | | | | | | | | | |
| 50 | | | | | | | | | | |
| 51 | | | | | | | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### WILLIAM KENZO NAKAMURA COURTHOUSE
### 1010 FIFTH AVENUE
### SEATTLE, WASHINGTON 98104

Marsha J. Pechman
Judge

(206) 553-2671

August 22, 2003

Mary M. Lisi
Chair, Judicial Conference of the U.S.
   Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Ms. Lisi:

Thank you for your letter of August 1, 2003. Attached please find an amended Part VII to my 2002 Financial Disclosure Report, with an explanation of the amendments in the paragraphs below.

Regarding Page 1, lines 4, 15, and 17 and Page 2, lines 25 and 26, column B(2) has been amended to reflect that no income was received from those investments during the prior year. Regarding Page 1, line 4 and Page 2, line 24, column B(1) was amended to reflect that income of $1000 or less was received from those investments during 2002. Regarding Page 2, lines 29 and 30, column B(2) was amended to reflect that the income received from those investments was generated through dividends.

Regarding Page 2, lines 18 and 20, the sale of those items reported in the September 20, 2002 was only a partial sale and any impression to the contrary was created in error. Regarding Page 2, line 23 ("Scottish Power PLC SPD ADR") and Page 3, line 36 ("Avaya"), those items were in fact sold during 2001 and their inclusion in the 2002 report was an oversight. They have been deleted from the amended Part VII attached to this letter.

Regarding Page 2, line 31 ("Verizon"), that asset was completely disposed of during the reporting period and Column C should have been left blank.

Thank you for pointing out these inconsistencies and omissions. Please do not hesitate to contact me if you have any further questions or concerns.

Marsha J. Pechman
United States District Judge

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 05/15/2003 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Piper Jaffray Money Market Fund | A | Dividend | J | T | | | | | See Remarks/Section VIII |
| 2 Piper Jaffray Money Market Fund | A | Dividend | J | T | | | | | See Remarks/Section VIII |
| 3 Lucent Technologies | | None | J | T | | | | | |
| 4 Franklin Custodian Funds (Growth Series Class A) | A | Dividend | J | T | | | | | |
| 5 Washington Mutual Investors Fund | A | Dividend | K | T | Partial sale | 12/9 | J | A | |
| 6 Templeton Growth Fund | A | Dividend | J | T | | | | | |
| 7 Templeton Funds (World Fund Class A) | A | Dividend | J | T | | | | | |
| 8 Bristol Myers Squibb | A | Dividend | J | T | | | | | |
| 9 Exxon/Mobil Corp. | A | Dividend | K | T | | | | | |
| 10 Ingersoll Rand Co. | A | Dividend | J | T | Buy | 1/2 | J | | |
| 11 Ingersoll Rand Co. | | | | | Partial sale | 2/28 | J | C | |
| 12 Wells Fargo & Co. | A | Dividend | J | T | | | | | |
| 13 Oppenheimer Main Int. & Growth | A | Dividend | K | T | | | | | |
| 14 Putnam Fund for Growth & Income | A | Dividend | J | T | | | | | |
| 15 U.S. Coupon Treasury Strips | | None | K | T | | | | | |
| 16 First American Government Obligations | B | Dividend | L | T | | | | | |
| 17 Safeway Inc. | | None | J | T | | | | | |

Inc/Gain Codes: A=$1,000 or less B=$1,001-$2,500 C=$2,501-$5,000 D=$5,001-$15,000 E=$15,001-$50,000
(Col. B1, D4) F=$50,001-$100,000 G=$100,001-$1,000,000 H1=$1,000,001-$5,000,000 H2=$5,000,001 or more

Val Codes: J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000 N=$250,001-$500,000
(Col C1, D3) O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

Val Mth Codes: Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash/Market
(Col. C2) U=Book Value V=Other W=Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 05/15/2003 |

## VII. Page 2 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 Russell Diversified Equity Fund | A | Dividend | J | T | Partial sale | 12/6 | J | A | |
| 19 Russell Special Growth Fund | A | Dividend | J | T | Partial sale | 12/9 | J | A | |
| 20 Russell Quantitive Equity | A | Dividend | J | T | Partial sale | 12/9 | J | A | |
| 21 Russell International Securities | A | Dividend | J | T | Partial sale | 12/9 | J | A | |
| 22 Russell Real Estate Securities | A | Dividend | J | T | Partial sale | 12/9 | J | A | |
| 23 Alliance Tech Fund | A | Dividend | J | T | | | | | |
| 24 Amgen, Inc. | | None | J | T | | | | | |
| 25 Cisco Systems | | None | J | T | | | | | |
| 26 Fidelity Adv Mid Cap Fund, Class B | A | Dividend | K | T | | | | | |
| 27 Fidelity Adv Growth Opportunity Fund, Class B | A | Dividend | J | T | | | | | |
| 28 Johnson & Johnson | A | Dividend | K | T | | | | | |
| 29 Medtronic, Inc. | A | Dividend | J | T | | | | | |
| 30 Verizon | A | Dividend | | | Sell | 8/15 | J | A | |
| 31 Target | A | Dividend | K | T | | | | | |
| 32 Alliance Premier Growth, Cl A | A | Dividend | J | T | Buy | 5/11 | J | A | |
| 33 Growth Fund Amer Inc., Cl A | A | Dividend | J | T | Buy | 5/11 | J | | |
| 34 Growth Fund Amer Inc., Cl F | A | Dividend | J | T | Partial sale | 12/9 | J | A | |

1 Inc/Gain Codes: A=$1,000 or less     B=$1,001-$2,500     C=$2,501-$5,000     D=$5,001-$15,000     E=$15,001-$50,000
(Col. B1, D4)     F=$50,001-$100,000     G=$100,001-$1,000,000     H1=$1,000,001-$5,000,000     H2=$5,000,001 or more

2 Val Codes:     J=$15,000 or less     K=$15,001-$50,000     L=$50,001-$100,000     M=$100,001-$250,000     N=$250,001-$500,000
(Col. C1, D3)     O=$500,001-$1,000,000     P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal     R=Cost (real estate only)     S=Assessment     T=Cash/Market
(Col. C2)     U=Book Value     V=Other     W=Estimated

## VII. Page 3  INVESTMENTS and TRUSTS — income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | B. (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | D. If not exempt from disclosure (2) Date: Month-Day | D. (3) Value Code (J-P) | D. (4) Gain Code (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35  Intercredit Bank | A | | K | T | Buy | 12/26 | K | | |
| 36  Intercredit Bank | A | | J | T | Buy | 8/15 | J | | |
| 37  Beal Bank | A | | K | T | Buy | 12/26 | K | | |
| 38  People's Bank | A | | K | T | Buy | 12/26 | K | | |
| 39  Investment Co. America, Cl F | A | Dividend | J | T | Buy | 12/9 | J | | |
| 40  Franklin Rising Div's A | A | Dividend | J | T | Buy | 12/9 | J | | |
| 41  Dominion Res Inc VA New | A | Dividend | J | T | Buy | 8/15 | J | | |
| 42  Duke Energy Corp | A | Dividend | J | T | Buy | 8/15 | J | | |
| 43  NI Source, Inc. | A | Dividend | J | T | Buy | 8/15 | J | | |
| 44 | | | | | | | | | |
| 45 | | | | | | | | | |
| 46 | | | | | | | | | |
| 47 | | | | | | | | | |
| 48 | | | | | | | | | |
| 49 | | | | | | | | | |
| 50 | | | | | | | | | |
| 51 | | | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)  F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:  J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)  O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

AO-10
Rev. 1/2004

Calendar Year 2003

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pechman, Marsha J | U.S. District Court - Washingt | 05/13/2004 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5. ReportType (check appropriate type) ◯ Nomination, Date ◯ Initial ◉ Annual ◯ Final | 6. Reporting Period 01/01/2003 to 12/31/2003 |

| 7. Chambers or Office Address U.S. District Court 1010 Fifth Avenue, Room 502 Seattle, WA 98104 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1/1/99 | Public Employees Retirement System, State of Washington (retirement benefit plan) |

RECEIVED
May 25 11 25 AM '04
FINANCIAL
DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | Kingman, Peabody, Pierson and Fitzharris ( ■■■■ law firm) |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Visa | Credit card | K |
| 2. | ▓▓▓▓▓▓ tuition | | K |
| 3. | ▓▓▓▓▓ tuition | | K |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Piper Jaffray Money Market Fund | A | Dividend | J | T | | | | | See Remarks/Sectio |
| 2. Lucent Technologies | | | J | T | | | | | |
| 3. Franklin Custodian Funds (Growth Series Class A) | A | Dividend | J | T | | | | | |
| 4. Washington Mutual Investors Fund | | | K | T | Partial sale | 8/7 | J | A | |
| 5. Templeton Growth Fund | | | J | T | | | | | |
| 6. Templeton Funds (World Fund Class A) | | | J | T | | | | | |
| 7. Bristol Myers Squibb | A | Dividend | J | T | | | | | |
| 8. Exxon/Mobil Corp. | A | Dividend | K | T | | | | | |
| 9. Ingersoll Rand Co. | A | Dividend | J | T | | | | | |
| 10. Wells Fargo & Co. | A | Dividend | J | T | | | | | |
| 11. Oppenheimer Main Int. & Growth | A | Dividend | K | T | | | | | |
| 12. Putnam Fund for Growth & Income | A | Dividend | J | T | | | | | |
| 13. U.S. Coupon Treasury Strips | A | Discount | K | T | | | | | |
| 14. Piper Jaffray Government Obligations | A | Dividend | L | T | | | | | See Remarks/Sectio |
| 15. Safeway Inc. | | | K | T | | | | | |
| 16. Russell Diversified Equity Fund | A | Dividend | J | T | Partial sale | 11/14 | J | A | |
| 17. Russell Special Growth Fund | A | Dividend | K | T | | | | | |
| 18. Russell Quantitive Equity | A | Dividend | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 05/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Russell International Securities | A | Dividend | J | T | | | | | |
| 20. Russell Real Estate Securities | A | Dividend | J | T | | | | | |
| 21. Alliance Tech Fund | A | Dividend | K | T | | | | | |
| 22. Amgen Inc. | | | J | T | | | | | |
| 23. Cisco Systems | | | J | T | | | | | |
| 24. Fidelity Adv Mid Cap Fund, Class B | A | Dividend | K | T | | | | | |
| 25. Fidelity Adv Growth Opportunity Fund, Class B | A | Dividend | K | T | | | | | |
| 26. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 27. Medtronic, Inc. | A | Dividend | J | T | | | | | |
| 28. Target | A | Dividend | K | T | | | | | |
| 29. Alliance Premier Growth, Class A | A | Dividend | J | T | | | | | |
| 30. Growth Fund America, Inc., Class A | A | Dividend | K | T | | | | | |
| 31. Intercredit Bank | A | Interest | K | T | | | | | |
| 32. Beal Bank | | | K | T | | | | | |
| 33. People's Bank | A | Interest | K | T | | | | | |
| 34. Investment Co. America, Class F | A | Dividend | J | T | | | | | |
| 35. Franklin Rising Dividends A | A | Dividend | J | T | | | | | |
| 36. Dominion Res Inc VA New | A | Dividend | J | T | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 | | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 P4 = $More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | | | |

FINANCIAL DISCLOSURE REPORT
Page 3 of 3

Name of Person Reporting
Pechman, Marsha J

Date of Report
05/13/2004

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) | (2) | (1) | (2) | (1) | (2) | (3) | (4) | (5) |
| | Amount Code 1 (A-H) | Type (e.g. div. rent or int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | Date: Month-Day | Value Code 2 (J-P) | Gain Code 1 (A-H) | Identity of buyer/seller (if private transaction) |
| 37. Duke Energy Corp | A | Dividend | J | T | | | | | |
| 38. NI Source, Inc. | A | Dividend | J | T | Sell | 6/15 | J | A | |
| 39. American Express | A | Interest | K | T | Buy | 11/19 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

# VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Section VII, Line 1
  The money market fund is essentially a savings account.

Section VII, Line 15
  Formerly "First American Government Obligations"

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

Date _May 13, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544